2

| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

BROWNSVILLE
~~HOUSTON~~ DIVISION

United States District Court
Southern District of Texas
FILED

AUG 1 8 1998

Michael N. Milby
Clerk of Court

MYRNA SAN MIGUEL                §
                                §
        Plaintiff,              §
                                §           B-95-108
vs.                             §   C. A. No. ~~H-95-108~~
                                §
ROBERT E. RUBIN, SECRETARY      §
OF THE TREASURY                 §
        Defendant.              §

United States District Court
Southern District of Texas
ENTERED

AUG 18 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

ORDER OF DISMISSAL FOR WANT OF PROSECUTION

Because the summons has not been served within 120 days of the filing of this complaint, this action is DISMISSED without prejudice for want of prosecution. Fed. R. Civ. P. 4(j).

The Clerk will enter this Order and notify all parties.

SIGNED at Brownsville ~~Houston~~, Texas, on August 18 1998.

_____
HILDA G. TAGLE
United States District Judge